```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California  93721
4  Telephone:  (559) 497-4000
```



**FILED**
JUN 25 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1: 13 SW - 0 0 1 6 2 BAM

| | |
|---|---|
| In the Matter of the Seizures of: | ORDER SEALING SEIZURE WARRANTS, SEIZURE WARRANT APPLICATIONS, SEALING APPLICATION AND SEALING ORDER |
| (1) The balance of funds maintained at Bank of America Account/Member Number #325012948880 titled in the name of Victor A. Nottoli and Jun Wu Living Trust, not to exceed $3,173,572.25; | **Under Seal** |
| (2) The balance of funds maintained at Bank of America Account/Member Number #383412969, titled in the name of De Zheng Wu with Jun Wu as Power of Attorney, not to exceed $1,685,500.00; | |
| (3) The balance of funds maintained at CitiBank Account/Member Number #40019819131, titled in the name of De Zheng Wu with Jun Wu as Power of Attorney, not to exceed $819,890.00; | |
| (4) The balance of funds maintained at JP Morgan Chase Account/Member Number #2973285105, titled in the name of De Zheng Wu with Jun Wu as Power of Attorney, not to exceed $680,000.00; | |

1

1  (5) The balance of funds )
   maintained at Wells Fargo )
2  Bank Account/Member Number )
   #9763356988, titled in the )
3  name of De Zheng Wu with Jun)
   Wu as Power of Attorney, not)
4  to exceed $488,800.00; )
                              )
5  (6) The balance of funds )
   maintained at Metro United )
6  Bank Account/Member Number )
   #760052602 titled in the )
7  name of Victor A. Nottoli )
   and Jun Wu Living Trust, not)
8  to exceed $730,000.00; )
                              )
9  (7) All funds maintained at )
   Bank of America/Member )
10 Number #164102381136, titled)
   in the name of The Only )
11 Source Corporation, not to )
   exceed $85,000.00; )
12                             )
   (8) All funds maintained at )
13 Bank of America/Member )
   Number #1269615448, titled )
14 in the name of BioNaturals )
   Inc., not to exceed )
15 $60,000.00; and )
                              )
16 (9) The balance of funds )
   maintained at HSBC Account/ )
17 Member Number #277-46861-2, )
   titled in the name of Victor)
18 Anthony Nottoli & Jun Wu, )
   not to exceed $150,000.00. )
19                             )
                              )
20                             )
21
        The United States of America has applied to this Court for an
22
   Order permitting it to file the Seizure Warrants, Seizure Warrant
23
   Applications, Sealing Applications and Sealing Order in the
24
   above-captioned matters, in camera under seal.  Upon
25
   consideration of the applications and the entire record herein,
26
        IT IS HEREBY ORDERED that the Seizure Warrants, Applications,
27
   underlying documents, and this Order in the above-entitled
28

                                    2

proceedings shall be filed with this Court in camera under seal and shall not be disclosed to any person unless otherwise Ordered by this Court.

DATED: June 25, 2013

                                  BARBARA A. McAULIFFE
                                  U.S. Magistrate Judge